IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00040-BNB

ANDREW SOLAZZO,

    Plaintiff,

v.

SGT. BINDS to be sued in his individual capacity, and
SGT. SPENCER of Security to be sued in his individual capacity,

    Defendants.

## ORDER DRAWING CASE

After review pursuant to 28 U.S.C. § 1915, the Court has determined that this case does not appear to be appropriate for summary dismissal and should be drawn to a presiding judge and, if appropriate, to a magistrate judge.  *See* D.C.COLO.LCivR 40.1(a).  Accordingly, it is

ORDERED that this case shall be drawn to a presiding judge and, if appropriate, to a magistrate judge.

DATED June 12, 2014, at Denver, Colorado.

                                                  BY THE COURT:

                                                  s/Craig B. Shaffer
                                                  United States Magistrate Judge