**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-00040-REB-NYW

ANDREW SOLAZZO,

      Plaintiff,

v.

KERRY BYNES, in his individual capacity, and
DOUGLAS SPENCE, in his individual capacity,

      Defendant.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the **Order Adopting Recommendation of United States Magistrate Judge** of Judge Robert E. Blackburn entered on July 23, 2015, it is

ORDERED that Plaintiff ANDREW SOLAZZO recovers nothing, the action is dismissed on the merits, and Defendants KERRY BYNES, in his individual capacity, and DOUGLAS SPENCE, in his individual capacity, are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 24th day of July, 2015.

                              FOR THE COURT:
                              JEFFREY P. COLWELL, CLERK

                        By: s/ K. Finney

                              K. Finney
                              Deputy Clerk